IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16cv471

| | | |
|---|---|---|
| **SERUM SOURCE INTERNATIONAL, INC.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| **GE HEALTHCARE BIO-SCIENCES CORP. and GE HEALTHCARE INC.,** | ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court are the Motions for Pre-Motion Hearing [# 24 & # 26]. Defendant has filed a motion requesting that the Court conduct a pre-motion hearing regarding a discovery dispute over a Rule 30(b)(6) deposition. Plaintiff has filed a motion requesting that the Court conduct a pre-motion hearing regarding whether Defendant has fully responded to Plaintiff's discovery requests. Both parties have attached numerous exhibits to their motions. The District Court referred the motions to this Court for a ruling.

As a threshold matter, the Court notes that this Court did not direct or instruct the parties to file the pending motions. Ordinarily, parties requesting a pre-motion teleconference with this Court would first consult with chambers prior

to filing such a motion. Upon contacting chambers and specifically requesting a pre-motion teleconference pursuant to Section 1(i) of the District Court's Pretrial Order and Rule 16(b)(3)(B)(v), the Court would have scheduled a call without the need for the filing of a motion. The entire purpose behind the pre-motion teleconference is to allow this Court to attempt to resolve discovery disputes without having to resort to a motions practice that bogs down the District Court's docket. Going forward, the parties should first contact this Court and schedule a pre-motion teleconference prior to filing motions requesting such a conference.

To the extent that the motions request a teleconference with this Court, the Court **GRANTS** the motion [# 24 & # 26]. The Court makes no ruling as to the substance of the discovery dispute. The Court **DIRECTS** the parties to call into chambers at 2:00 pm on February 23, 2017. During the teleconference the Court will determine whether the discovery disputes can be resolved without motions or whether motions to compel will be required. The Court also **DIRECTS** the parties that prior to filing such motions in the future to contact chambers and schedule a teleconference.

Signed: February 21, 2017

Dennis L. Howell
United States Magistrate Judge