IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16 CV 471

| | | |
|---|---|---|
| SERUM SOURCE INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff | ) ) | ORDER |
| v | ) ) | |
| GE HEALTHCARE BIO-SCIENCES CORP. and GE HEALTHCARE, INC., | ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the undersigned pursuant to a filing made by Plaintiff entitled "Brief by Plaintiff on the Issue of Award of Costs and Fees Arising From Plaintiff's Motion to Compel Discovery" (#43) and a filing by Defendant entitled "Defendant GE Healthcare Bio-Sciences Corp.'s Brief in Opposition to an Award of reasonable Expenses" (#45).

This Court had entered an Order (#39) on March 8, 2017 directing that Plaintiff and Defendant submit briefs regarding the issue of costs and fees arising from the Plaintiff's Motion to Compel. In the Brief of Plaintiff (#43), Plaintiff has notified the Court that Plaintiff does not seek an award of costs and fees arising from its Motion to Compel. The Brief of the Plaintiff (#43) thus renders the Defendant's Brief (#45) moot and inconsequential. In light of the filing by the Plaintiff, (#43) the

1

undersigned will not issue an Order awarding such costs and fees.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that neither Plaintiff nor Defendant is to respond further in regard to the Court's Order (#39) of March 8, 2017 regarding the award of attorney fees and costs in this matter and it is **ORDERED** that costs and fees shall not be awarded to Plaintiff, pursuant to the request of Plaintiff's counsel.

Signed: March 16, 2017

*[signature]*

Dennis L. Howell
United States Magistrate Judge