UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-CV-00471-FDW-DLH

| | |
|---|---|
| SERUM SOURCE INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GE HEALTHCARE BIO-SCIENCES CORP., )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER** is before the Court on Defendant's Notification to the Court (Doc. No. 52). In short, Defendant hand-delivered a copy of the allegedly privileged report at issue March 22, 2017, to Chief Judge Whitney for *in camera* review; however, Defendant was provided a later-dated draft of the report March 23, 2017, and now stands ready to hand deliver the later-dated report to Chief Judge Whitney's Chambers. (Doc. No. 52).

Defendant may deliver the later-dated report to Chief Judge Whitney's Chambers **on or before April 3, 2017**. Defendant is directed to contact Judge Whitney's law clerk, Ms. Abbey Krysak, at (704) 350 – 7484, **no later than March 28, 2017**, to schedule proper arrangements for delivery.

SO ORDERED.

Signed: March 27, 2017

_____
Frank D. Whitney
Chief United States District Judge