# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:16-CV-00471-FDW-DLH

| | | |
|---|---|---|
| **SERUM SOURCE INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| **GE HEALTHCARE BIO-SCIENCES CORP.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the *in camera* inspection of Defendant's allegedly privileged report and later-dated allegedly privileged report. The Court has completed its review and finds that both reports are protected by the work product doctrine with the exception of the document list the Court emailed to counsel March 28, 2017. The Court destroyed the two additional copies it made and requests Defendant contact Abbey Krysak, law clerk to Chief Judge Whitney, at (704) 350 – 7484, to arrange the return of the two original reports.

Defendant informed the Court that there are five documents referenced in the reports that cannot be located. Defendant is hereby ORDERED to retrieve, turn over to Plaintiff, or assert a privilege over the remaining five documents no later than 5:00 p.m. on April 6, 2017. Furthermore, the Court reaffirms its April 6, 2017, discovery deadline.

SO ORDERED.

Signed: March 30, 2017

Frank D. Whitney
Chief United States District Judge