UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-CV-00471-FDW-DLH

| | |
|---|---|
| SERUM SOURCE INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GE HEALTHCARE BIO-SCIENCES CORP., )<br>)<br>Defendant. ) | ORDER |

**THIS MATTER** is before the Court on the parties' Stipulation to Take Discovery Outside of the Discovery Deadline (Doc. No. 55). The Court has reviewed the Stipulation and ACCEPTS stipulation numbers 1-4 and REJECTS stipulation number 5: "[T]o defer e-discovery ordered by the Court until after the corporate representative deposition of Defendant" scheduled for May 2, 2017. (Doc. No. 55). The Court notes that the parties may not stipulate out of this Court's pending order. If Plaintiff chooses not to enforce this Court's Order, it does so at its own peril. Without Plaintiff's enforcement, the Court will be forced to vacate its March 22, 2017, Order (Doc. No. 51), and any further motions to compel filed by Plaintiff will not be heard. The Court has spent an abnormally large amount of time to resolve the issues in Plaintiff's Motion to Compel (Doc. No. 30), and Plaintiff now chooses to delay enforcement after taking the time and resources of two judges in this Court. Plaintiff is hereby ORDERED to inform the Court within twenty-four (24) hours whether or not it intends to enforce this Court's March 22, 2017 Order.

SO ORDERED.

Signed: April 6, 2017

Frank D. Whitney
Chief United States District Judge